UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DAVID GRABSTALD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WALGREENS BOOTS ALLIANCE, INC.,<br><br>Defendant. | Case No. 1:17-cv-05789<br><br>Judge Manish S. Shah<br>Magistrate Judge Mary Rowland |

**PLAINTIFF'S RULE 41(a)(1)(A)(i) NOTICE OF VOLUNTARY
DISMISSAL WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff David Grabstald hereby provides notice that the above-captioned action is voluntarily dismissed, without prejudice, against Defendant. Defendant has not served an answer or a motion for summary judgment. Accordingly, voluntary dismissal without prejudice under Rule 41 is appropriate.

WHEREFORE, Plaintiff respectfully requests this Court dismiss this matter without prejudice pursuant to Fed. R. Civ. P. 41.

Dated: September 27, 2017     Respectfully submitted,

By: */s/ Steve W. Berman*
    Steve W. Berman
Jerrod C. Patterson (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
jerrodp@hbsslaw.com

- 1 -

- 2 -

             Elizabeth A. Fegan
             H<small>AGENS</small> B<small>ERMAN</small> S<small>OBOL</small> S<small>HAPIRO</small> LLP
             455 N. Cityfront Plaza Drive, Suite 2410
             Chicago, IL 60611
             Telephone: 708.628.4960
             Facsimile: 708.628.4950
             beth@hbsslaw.com

             *Attorneys for Plaintiff*

- 3 -

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was filed electronically via the Court's ECF system on September 27, 2017. Notice of electronic filing will be sent to all parties by operation of the Court's electronic filing system.

Dated: September 27, 2017	HAGENS BERMAN SOBOL SHAPIRO LLP

By:  */s/ Steve W. Berman*
      STEVE W. BERMAN